**Commonwealth ex rel. Raynor, Appellant, *v.*
Rundle.**

Submitted June 8, 1964. *Terry
N. Fetterman,* and *Rhoda, Stoudt & Bradley,* for appellant; *Ralph J. Althouse, Jr.,* Assistant District Attorney, and *W. Richard Eshelman,* District Attorney, for appellee.

Order affirmed.

**Commonwealth ex rel. Remeriez, Appellant, *v.*
Maroney.**

Submitted June 9, 1964. *Ronald Remeriez,* appellant, in propria persona; *John F. Hassett* and *Thomas M. Reed,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

**Commonwealth ex rel. Richter, Appellant, *v.*
Rundle.**

Submitted June 8, 1964. *William C. Richter,* appellant, in propria persona; *John A. Harris,* District Attorney, for appellee.

Order affirmed.